```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :         21-CR-637 (VEC)
        -against-                     :
                                      :              ORDER
                                      :
MISAEL BAEZ, a/k/a "Mil ," and BOLIVAR :
BAEZ,                                 :
                                      :
                        Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS an arraignment is currently scheduled for October 28, 2021, at 3:30 p.m.;

IT IS HEREBY ORDERED THAT the arraignment is adjourned to **November 3, 2021, at 4:00 p.m.** The Court will conduct this arraignment **in-person**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0637.  Any recording of the hearing is strictly prohibited.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

Date:  October 20, 2021
       New York, NY

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.