**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

**MEMO ENDORSED**

*By ECF*

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2021

Re:   *United States v. Misael Baez*, 21 Cr. 637 (VEC)

Dear Judge Caproni:

    I write on consent (Assistant U.S. Attorney Kevin Mead) to respectfully request that the Court allow Misael Baez – who is on home detention – to celebrate Christmas and New Years Eve with his family in the *same building* that he lives in. Pretrial Services objects to the request as a matter of policy – it objects to all requests of a social nature for people on home detention – but notes that Mr. Baez has been compliant with all of his release conditions.

    Misael Baez was arrested on August 18, 2021, and was released on conditions including "home incarceration," enforced by electronic monitoring. On November 3, 2021, the Court reduced the level of supervision to "home detention." Mr. Baez has been wholly compliant with all the conditions of release.

    We respectfully request that the Court permit Mr. Baez to leave his apartment on December 24, 2021 and December 31, 2021 after 4:00 p.m., and return no later than 1:00 a.m. the next morning. Mr. Baez will not leave his apartment building, but will instead go to his mother's apartment – which is in the same building – to celebrate the holidays with his family.

    Thank you for your consideration of this request. Please let me know if the Court has any questions or needs any additional information.

Honorable Valerie E. Caproni  Page 2
December 20, 2021

Re:     *United States v. Misael Baez*, 21 Cr. 637 (VEC)

                                        Respectfully submitted,

                                        /s/
                                        Martin S. Cohen
                                        Ass't Federal Defender
                                        (212) 417-8737

cc:     Kevin Mead, Esq., by ECF
        Jonathan Lettieri, Pretrial Services, by e-mail

---

Application GRANTED. Mr. Misael Baez's bail conditions are modified as follows:

1. On December 24, 2021 and December 31, 2021, from 4:00 p.m. to 1:00 a.m., Mr. Baez may visit his mother's apartment.

---

SO ORDERED.

*[signature: Valerie Caproni]*    12/20/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE