```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA            :

                                              :         21-CR-637 (VEC)
          -against-                       :

                                              :             ORDER

   MISAEL BAEZ, a/k/a "Mil ," and BOLIVAR  :
   BAEZ,

                                 Defendants.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference is scheduled for January 13, 2022 at 3:00 p.m., *see* Dkt. 27;

       IT IS HEREBY ORDERED THAT, due to the recent spike in COVID cases caused by the Omicron variant, the status conference is adjourned to **January 21, 2022 at 4:30 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

       IT IS FURTHER ORDERED that time is excluded for the period between now and January 21, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by giving Defendants additional time, given the logistical difficulties that are continuing

to be caused by COVID-19, outweigh the interests of the public and the Defendants in a speedy trial.

**SO ORDERED.**

Date:  January 3, 2022
       New York, NY

*Valerie Caproni*
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.