

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:** *United States v. Baez and Baez*, **21 Crim. 637 (VEC)**

Dear Judge Caproni:

    The Government writes on behalf of all parties to jointly request an adjournment of the motion *in limine*, request to charge, and *voir dire* deadlines, which are currently set for April 22, 2022. Dkt. 39.

    A change of plea hearing for defendant Misael Baez is scheduled for April 28, 2022. Dkt. 40. By email last night to chambers, the Government transmitted a fully executed plea agreement for defendant Bolivar Baez and asked that a change of plea proceeding be scheduled for him as well. Because all defendants in this case will plead guilty, the parties request that the pretrial deadlines be adjourned until a date after the scheduled pleas, with the assumption that those filings will then become unnecessary.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Samuel Rothschild
    Assistant United States Attorneys
    (212) 637-2211/2504

---

Application GRANTED. All pretrial deadlines are hereby adjourned *sine die*.

SO ORDERED.

*[signature]*
Date: 4/20/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE