```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
           -against- : 21-CR-637 (VEC)
 :
 : <u>ORDER</u>
 :
MISAEL BAEZ, a/k/a "Mil", :
                           Defendant. :
 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Baez's change-of-plea hearing was scheduled for April 28, 2022, at 10:00 a.m.; and

    WHEREAS on April 27, 2022, Defense counsel requested to reschedule Mr. Baez's change-of-plea hearing.

    IT IS HEREBY ORDERED that the change-of-plea hearing will be held on **Wednesday, May 4, 2022, at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  April 28, 2022
       New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**