USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

              -against-                            21-CR-637 (VEC)

                                                ORDER
    MISAEL BAEZ,
                             Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 4, 2022, Defendant appeared for a change-of-plea hearing and entered a plea of guilty;

    IT IS HEREBY ORDERED THAT:  Defendant's sentencing will be held on **September 28, 2022 at 10:30 a.m.**  Sentencing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Sentencing submissions are due by **September 14, 2022.**

    The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.  Finally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

                                                                  _____

**Date:  May 4, 2022**                                **VALERIE CAPRONI**
       **New York, NY**                        **United States District Judge**