USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
                                                                  :
        -against-                                              :   21-CR-637 (VEC)
                                                                  :
                                                                  :   <u>ORDER</u>
                                                                  :
MISAEL BAEZ, a/k/a "Mil",                                         :
                           Defendant.         :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Baez pled guilty and is scheduled to appear on September 28, 2022, for sentencing; and

       WHEREAS on July 25, 2022, an arrest warrant was issued for Mr. Baez and he remains at large;

       IT IS HEREBY ORDERED that sentencing submissions and Mr. Baez's sentencing hearing are adjourned *sine die*.

**SO ORDERED.**

Date:  **September 9, 2022**
       **New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**